| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MELTON, Howell W. | 2. Court or Organization<br><br>U.S.D.C., Middle Florida | 3. Date of Report<br><br>05/5/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Suite 11-300<br>John Milton Bryan Simpson U.S. Courthouse<br>300 North Hogan Street<br>Jacksonville, Florida 32202-4243 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Flagler College, St. Augustine, Florida |
| 2. Member | Advisory Q-Board, Flagler Health Care Foundation, non-profit corp. (Flagler Hospital, non-profit corp.) *1 |
| 3. Director | Historical Society of the United States District Court for the Middle District of Florida (non-profit corp.) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE
2010 MAY 11 A 9: 55
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Florida, Dept. of Management Services, Division of Retirement | $29,507.70 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 2. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 3. Alliance Bernstein Balanced SHS Inc. (Mutual Fund) | A | Dividend | K | T | | | | | |
| 4. Alliance Bernstein Growth & Income Fund (Mutual Fund) *2 | A | Dividend | K | T | | | | | |
| 5. Nuveen Ins. Mun. Opportunity Fd., Inc. | B | Interest | K | T | | | | | |
| 6. Nuveen Ins. Mun. Opportunity Fd. Inc. *3 | B | Interest | K | T | | | | | |
| 7. Walt Disney Co. common stock | A | Dividend | K | T | | | | | |
| 8. Evergreen Mun. Bond Fund CL A | B | Int./Div. | K | T | | | | | -- |
| 9. Vanguard Index Trust-500 Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 10. Vanguard Equity Income Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 11. Vanguard Total Stock Market Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. Nuveen Ins. Mun. Opportunity Fd., Inc. *3 | B | Interest | K | T | | | | | |
| 13. Wells Fargo & Co. (f/k/a Wachovia Corp.) account | B | Interest | K | T | | | | | |
| 14. Wachovia Corp. account | A | Interest | J | T | | | | | |
| 15. Ford Motor Co. common stock | | None | J | T | | | | | |
| 16. AT&T Inc. common stock | B | Dividend | K | T | | | | | |
| 17. Vodaphone Grp PLC com.stk. | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Verizon Comm'ns Com. com. stock | A | Dividend | J | T | | | | | |
| 19. DuPont E.I. DeNemours & Co. pfd. stock $4.50 | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil Corp. common stock | B | Dividend | L | T | | | | | |
| 21. Macy's Inc common stock | A | Dividend | J | T | | | | | |
| 22. Wells Fargo & Co. (f/k/a Wachovia Corp.) common stock *4 | A | Dividend | K | T | | | | | |
| 23. Evergreen Munic. Bond Fund CL A | A | Dividend | K | T | | | | | |
| 24. Mass. Invs. TR CL A Fund *5 | A | Dividend | J | T | | | | | |
| 25. Quest Comm. International Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 26. VanKampen U.S. Mortgage Fund | A | Dividend | K | T | | | | | |
| 27. Home Depot, Inc. common stock | A | Dividend | K | T | | | | | |
| 28. Putnam Vista Fund, Inc. (Mutual Fund) | | None | J | T | | | | | |
| 29. Port Everglades Auth. Fla. Revenue Zero Bonds | B | Interest | J | T | Redeemed (part) | 09/01/09 | J | | |
| 30. Merck & Co. Inc. ("New Merck") common stock *6 | A | Dividend | J | T | | | | | |
| 31. Bank of America Corp. common stock | A | Dividend | K | T | | | | | |
| 32. Pfizer Corp. common stock | A | Dividend | J | T | | | | | |
| 33. Oracle Corp. common stock | A | Dividend | K | T | | | | | |
| 34. Florida St. Bd. Ed. Cap. Outlay Ser. A Bonds | B | Interest | | | Redeemed | 09/24/09 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wal-Mart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 36. Pt. Orange FL Wtr & Swr Rev. Rfdg AMBAC BE bonds | B | Interest | | | Redeemed | 10/01/09 | K | A | |
| 37. Nuveen Senior Income Fund | A | Dividend | J | T | | | | | |
| 38. Putnam New Opportunities Fd Cl A shs mutual | A | Dividend | J | T | | | | | |
| 39. Comcast Corp. Class A common stock | A | Dividend | J | T | | | | | |
| 40. Fl. St. Bd. of Ed. Ser. H G/O Unltd ... Cpn 3.25% Due 6/1/09 | A | Interest | | | Redeemed | 06/01/09 | K | | |
| 41. Vystar Credit Union CD | B | Interest | K | T | | | | | |
| 42. Vystar Credit Union CD | A | Interest | K | T | | | | | |
| 43. Wachovia Corp. CD | B | Interest | | | Redeemed | 09/08/09 | K | | |
| 44. Wachovia Corp CD | A | Interest | K | T | | | | | |
| 45. Monsanto Co. common stock | A | Dividend | J | T | | | | | |
| 46. Medco Health Solutions Inc. common stock | | None | J | T | | | | | |
| 47. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 48. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 49. Putnam State Bank CD | B | Interest | K | T | | | | | |
| 50. Putnam State Bank CD | B | Interest | K | T | | | | | |
| 51. Vystar Credit Union CD | D | Interest | N | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Wachovia Corp CD | B | Interest | K | T | | | | | |
| 53.  Wachovia Corp CD | A | Interest | | | Redeemed | 06/24/09 | K | | |
| 54.  Wachovia Corp CD | A | Interest | | | Redeemed | 09/16/09 | K | | |
| 55.  Wachovia Corp CD | B | Interest | | | Redeemed | 10/20/09 | L | | |
| 56.  Wachovia Corp CD | C | Interest | | | Redeemed | 10/27/09 | M | | |
| 57.  Wachovia Corp CD | B | Interest | | | Redeemed | 11/10/09 | K | | |
| 58.  Haven Trust Bank CD | B | Interest | M | T | Buy | 06/18/09 | N | | |
| 59.  Putnam State Bank CD | | None | L | T | Buy | 09/11/09 | L | | |
| 60.  Putnam State Bank CD | | None | L | T | Buy | 10/29/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1 Previous Board of Trustee Members and Executive Officers of Flagler Hospital are invited to an annual meeting for an update on current hospital procedures and future plans. Role is to participate as much or as little as preferred in an advisory capacity. Basically, an honorary position.

*2 Income reported in section B includes funds received pursuant to SEC settlements on 3/23/09 and 4/24/09.

*3 Nuveen Ins. FL Premium Income Municipal Fund accounts shown at lines 6 and 12 of 2008 FDR each were exchanged into Nuveen Ins. Mun. Opportunity Fd. Inc. accounts on October 19, 2009.

*4 Wells Fargo & Co. common stock acquired by virtue of its merger with Wachovia Corp on 1/1/09. Income reported in section B includes cash received in lieu of partial share of Wells Fargo & Co. common stock.

*5 Income reported in section B includes funds received pursuant to SEC settlement on 12/15/09.

*6 Merck & Co. Inc. and Schering-Plough Corp. merged on 11/3/09 and the reulting corportation in which I received shares was renamed Merck & Co., Inc. ("New Merck").

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/5/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544